**Alonzo KEY, Petitioner–Appellant,**

v.

**Gary MAYNARD, Commissioner of South Carolina Department of Corrections; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 02–6206.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided April 1, 2002.

Alonzo Key, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alonzo Key seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Key v. Maynard,* No. CA-01-4095-1-18BC (D.S.C. Jan. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*